Huguenot Trust Company against Robert D. Ireland. No opinion. Motion denied. Settle order on notice. See, also, 152 N. Y. Supp. 1118, 1119.

HUGUENOT TRUST CO., Respondent, v. IRELAND, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Huguenot Trust Company against Robert D. Ireland, impleaded with others. A. J. Ernest, of New York City, for appellant. M. M. Schlesinger, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1118, 1119.

HUGUENOT TRUST CO. v. IRELAND et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Huguenot Trust Company against Robert D. Ireland, impleaded with others. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1118, 1119.

HULL v. FIFTY–SECOND ST. STORAGE HOUSE, Inc., et al. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by Lawrence Hull, as trustee in bankruptcy, etc., against the Fifty-Second Street Storage House, Incorporated, and others. No opinion. Motion for resettlement of the order of the Special Term of February 24, 1915, stayed until the hearing and determination of the appeal herein, without costs. See, also, 152 N. Y. Supp. 363.

HULSE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Wells Hulse against Clarence L. Smith. No opinion. Judgment affirmed, without costs.

HUMPHREYS, Respondent, v. MARINE BASIN CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by George Humphreys against the Marine Basin Company. No opinion. Application denied, with $10 costs.

HURLBUT et al. v. STELLE et al. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Margaret H. Hurlbut and others against Lida K. Stelle and others, impleaded with Harry Wiggins. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

In re HUTTER. (Supreme Court, Appellate Division, First Department. March 26, 1915.) In the matter of Karl Hutter, deceased. No opinion. Order affirmed, with costs. Order filed.

In re HYDE. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) In the matter of the application of Emory James Hyde for admission to the bar. No opinion. Submit evidence as to the highest court of law in the state of Texas, and that applicant has practiced law therein for five years. This evidence should be by a certificate from a judge of said court. See rule 2 of the Court of Appeals (26 N. E. iv), and rule 1 of the General Rules of Practice.

INTERNATIONAL HANDKERCHIEF MFG. CO. v. MORSE et al. (No. 7012.) (Supreme Court, Appellate Division, First Department. March 19, 1915.) Appeal from Special Term, New York County. Action by the International Handkerchief Manufacturing Company against Benjamin Morse and Meyer Morse. From an order denying a motion to continue a temporary injunction pendente lite, plaintiff appeals. Affirmed. N. A. Elsberg, of New York City, for appellant. Julius Levy, of New York City, for respondents.

PER CURIAM. Without expressing any opinion as to the extent to which an injunction should be granted by the final judgment after the trial of the action, we think the order appealed from sufficiently protects the plaintiff pending such trial. The order must be affirmed, with $10 costs and disbursements.

ISRAELSON, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Isaac S. Israelson against Harry Pushae Williams. No opinion. Motion denied, on the ground that leave to appeal (from 151 N. Y. Supp. 679) to the Court of Appeals is unnecessary.

JACOBSON v. JACOBSON. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Anna Jacobson against Ignatz Jacobson, in which Max Brown appeals. M. Brown, of New York City, for appellant. R. Tally, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 85 Misc. Rep. 253, 148 N. Y. Supp. 341; 150 N. Y. Supp. 1091; 152 N. Y. Supp. 1119.

JACOBSON v. JACOBSON (two cases). (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Anna Jacobson against Ignatz Jacobson, in which Max Brown appeals. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1119.

JACOBSON v. WOLTHAUSEN. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Lazar Jacobson against John R. Wolthausen. No opinion. Motion granted, with $10 costs. Order filed.

JAFFE, Respondent, v. KRAKOWER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Charles Jaffe against Tobias Krakower and another. No opinion. Application denied, with $10 costs.